1  John C. Wynne (Bar No. 83041)
   Elizabeth Burke Vann (Bar No. 249252)
2  **DUCKOR SPRADLING METZGER & WYNNE**
   A Law Corporation
3  3043 4th Avenue
   San Diego, California 92103
4  (619) 209-3000; (619) 209-3043 fax

5  Attorneys for Defendants S.A. THOMPSON, INC., a
   California corporation dba ROTO-ROOTER SEWER
6  & DRAIN CLEANING SERVICE; STANLEY A.
   THOMPSON; and LINDA A. BLACK

FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KING; PATRICK SOVACOOL; and REX MAXWELL, individually, and as private attorney generals in the interests of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>S.A. THOMPSON, INC., a California corporation D.B.A. ROTO-ROOTER SEWER & DRAIN CLEANING SERVICE; STANLEY A. THOMPSON; LINDA A. BLACK; and DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO. 08 CV 1164 L AJB<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Date:     June 27, 2008<br><br>Judge:<br>Trial Date:  None set |

I, Dawna L. Kirbey, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 3043 4th Avenue, San Diego, California 92103, which is located in the city, county and state where the mailing described below took place. On June 27, 2008, I deposited in the United States Mail, a copy of the Notice to Adverse Party of Removal to Federal Court dated June 27, 2008, a copy of which is attached to this Certificate.

///

---

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on June 27, 2008.

3

4    _____
     Dawna L. Kirbey

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DUCKOR
SPRADLING
METZGER
& WYNNE

384713.1

Case No
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

John C. Wynne, Esq. (SBN 83041)
Elizabeth B. Vann (SBN 249252)
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
(619) 209-3000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KING; PATRICK SOVACOOL; and REX MAXWELL, individually, and as private attorney generals in the interest of the general public,<br><br>      Plaintiffs,<br><br>    v.<br><br>S.A. THOMPSON, INC., a California corporation d.b.a. ROTO-ROOTER SEWER & DRAIN CLEANING SERVICE; STANLEY A. THOMPSON; LINDA A. BLACK; and DOE 1 through DOE 10, inclusive,<br><br>      Defendants. | No.:<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br><br> Attorney for Plaintiff:<br> Matthew P. Tyson, Esq.<br> Zachary T. Tyson, Esq.<br> TYSON & TYSON, LLP<br> 2550 Fifth Ave., 9th Floor<br> San Diego, CA 92103<br> Tel: (619) 720-8350<br> Fax: (619) 615-2173<br><br>Date Served: June 27, 2008 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

in the following manner:

                check one)

1) ☐ By personally delivering copies to the person served.

2) ☐ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid), copies to the person served at the place where the copies were left.

3) ☒ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on June 27, 2008.

4) ☐ By fax transmission, I faxed the documents to the person at the fax number listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 27, 2008, at San Diego, California.

                                  /s/ Dawna Kirbey
                                  Dawna Kirbey