cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KING; PATRICK SOVACOOL; REX MAXWELL, individually and as private attorney generals in the interests of the general public,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>S.A. THOMPSON, INC., a California corporation dba ROTO-ROOTER SEWER & DRAIN CLEANING SERVICE; STANLEY A. THOMPSON; LINDA A. BLACK; and DOES 1 through 10, Inclusive,<br><br>　　　　　　　　Defendants. | Civil No.08cv1164 L (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On August 22, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Matthew Tyson, Esq., Zachary Tyson, Esq., Brian King, Patrick Sovacool and Rex Maxwell on behalf of plaintiff; Elizabeth B. Vann, Esq., Linda Black and Art Thompson on behalf of defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *September 26, 2008*;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *October 10, 2008*;

3. A joint discovery plan shall be lodged with Judge Battaglia on or before *October 10, 2008;* and,

4. Counsel are ordered to appear ***on by phone on October 23, 2008 at 9:00 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court