UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KING, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>S.A. THOMPSON, INC., *et al.*,<br><br>          Defendants. | Civil No. 08cv1164 L(AJB)<br><br>**ORDER GRANTING JOINT MOTION TO FILE A SECOND AMENDED COMPLAINT AND TO REMAND THIS ACTION [doc. #17]** |

Good cause appearing, the parties' joint motion is **GRANTED.** In accordance with their stipulation, the second amended complaint, a copy of which is attached to the joint motion, is deemed filed, this matter is remanded to the Superior Court of the State of California, in and for the County of San Diego, North County Division, Case No. 37-2008-00054093-CU-OE-NC, and a response to the second amended complaint must be filed within 15 days of the firm Duckor Spradling Metzger & Wynne receiving notice of the remand and assignment of the case from the San Diego Superior Court.

**IT IS SO ORDERED.**

DATED: December 5, 2008

                                              M. James Lorenz<br>
                                              United States District Court Judge

/ / /

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL